UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARKEITH LAMONT BLOUNT,<br><br>Plaintiff,<br><br>-v-<br><br>AARON JOSHUA THOMPSON *et al.*,<br><br>Defendants. | 26 Civ. 5050 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

On September 18, 2026, the parties stipulated and agreed that that the above-entitled action is voluntarily dismissed with prejudice. Dkt. 11. Accordingly, the Initial Pretrial Conference scheduled for October 9, 2026, is adjourned *sine dire*.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 5, 2026
New York, New York